Date of Arrest: 03/20

# United States District Court
### DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>V.<br>Zeferina VARGAS-Rios<br>Citizen of Mexico<br>YOB:1999<br>074809078<br>Illegal Alien | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 25-01391MJ |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about April 02, 2009, Defendant Zeferina VARGAS-Rios, an alien, was removed from the United States to Mexico through the port of Nogales, Arizona, in pursuance of law, and thereafter on or about March 20, 2025, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about March 19, 2025, near San Luis, Arizona, in the District of Arizona, Defendant Zeferina VARGAS-Rios, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.  ☒ Yes   ☐ No

*Steven J. Rowland*
Signature of Complainant

Kerry S. Schroeder
Border Patrol Agent

Sworn to before me and subscribed telephonically,

| | | |
|---|---|---|
| March 21, 2025 | at | Yuma, Arizona |
| Date | | City and State |

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Zeferina VARGAS-Rios

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on zero (0) pervious occasion. The Defendant has been removed a total of one (1) time. The Defendant was last removed through Nogales, Arizona on April 02, 2009.

**CRIMINAL AND IMMIGRATION HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 09/02/1999 | Phoenix, Arizona | Asylum Denial | IJ granted Voluntary Departure. VD expired 12/30/1999. |

Narrative:

The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol Agents near San Luis, Arizona.

The Defendant was questioned as to her citizenship and immigration status. From that questioning Border Patrol Agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma Border Patrol Station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Phoenix, Arizona on or about September 02, 1999.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on March 19, 2025.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Anthony V. Rutkowski, Preston R. Zochowski-Thomas, and Esteban Montoya.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA Jacob P. Lunick and Bradley S. Maurer.

Charges:    8 USC 1326(a)         (Felony)
            8 USC 1325(a)(1)      (Misdemeanor)

*Steven J. Rowland*
Signature of Complainant

Sworn to before me and subscribed telephonically,

March 21, 2025
Date

Signature of Judicial Officer